STATE *v.* DIXON

The defendant was tried on a bill of indictment containing three counts: (1) felonious breaking and entering of Ritchie Hardware Co., Inc., on 13 January 1969, (2) felonious larceny of merchandise from said hardware company, and (3) receiving stolen merchandise. The State dropped the charge contained in the third count. The defendant entered a plea of not guilty as to the first two counts in the bill of indictment. The jury returned a verdict of guilty as to both counts; and from a judgment of imprisonment, the defendant appealed.

*Attorney General Robert Morgan by Staff Attorney (Mrs.) Christine Y. Denson for the State.*

*Johnson, Davis and Horton by Clarence E. Horton, Jr., for defendant appellant.*

---

STATE OF NORTH CAROLINA v. THOMAS D. DIXON

No. 7024SC282

(Filed 27 May 1970)

APPEAL by defendant from *McLean, J.,* 23 January 1970 Session of WATAUGA County Superior Court.

STATE *v.* SMITH

Defendant entered a plea of guilty to felonious escape. From judgment imposing a prison sentence of two years and recommending Work Release, defendant appealed.

*Robert Morgan, Attorney General, by Christine Y. Denson, Staff Attorney, for the State.*

GRAHAM, J.

No brief has been filed by defendant; however, in the statement of the case on appeal contained in the record, defendant's court appointed counsel candidly states that he has found no error. We have reviewed the record proper and conclude that no error appears on the face thereof. The judgment appealed from is therefore affirmed.

Affirmed.

MALLARD, C.J., and MORRIS, J., concur.